**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Matthew Irving Smoak, Appellant.

Appellate Case No. 2016-001383

_____

Appeal From Lexington County
Frank R. Addy, Jr., Circuit Court Judge

_____

Unpublished Opinion No. 2017-UP-129
Submitted March 1, 2017 – Filed March 22, 2017

_____

**APPEAL DISMISSED**

_____

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, and Matthew Irving Smoak, pro se, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.